JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAHANGIR CHANGEZI, <br><br> Plaintiff, <br><br> v. <br><br> HOME DEPOT U.S.A., INC., and DOES 1 to 20, <br><br> Defendants. | Case No.: 2:20-cv-10660-AB (AFMx) <br><br> **ORDER DISMISSING CIVIL ACTION** |

THE COURT has been advised that the above-entitled action has been settled. It is therefore **ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **thirty (30) days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: October 12, 2021

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.